**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSEPH SALAMONE,

Plaintiff,

v.

HILTON RESORTS CORP. & HILTON GRAND VACATIONS, INC.,

Defendants.

Case No. 1:26-cv-7017-CM

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants HILTON RESORTS CORP. & HILTON GRAND VACATIONS, INC. in the above-captioned case and requests that copies of any and all papers served, and notices given in the case be served upon the undersigned counsel.

Respectfully submitted,

JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4000

Dated: August 28, 2026
New York, New York

By: */s/ Jason A. Zoldessy*
Jason A. Zoldessy

*Attorneys for Defendants*